**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

---

IN RE: SHALE OIL ANTITRUST LITIGATION          Case No. 1:24-md-03119-MLG-LF

This Document Relates to All Cases

**NOTICE OF ASSOCIATION AND
<u>CERTIFICATE OF GOOD STANDING OF NON-MEMBER ATTORNEY</u>**

Earl E. DeBrine, Jr., a member of the bar of this Court and counsel for Occidental Petroleum Corporation, in the above-captioned matter, acting pursuant to Rule 83.3 of the Local Rules of this Court, hereby gives notice that Brandon Hanley of the firm of Kirkland & Ellis LLP, is associating with us in the representation of Defendant Occidental Petroleum Corporation in this matter. I certify that Brandon Hanley is a member in good standing for the Courts listed in Attachment "A."

Mr. Hanley's address and contact information is as follows:

> Brandon Hanley
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, NY 10022
> Telephone: 212-341-7831
> brandon.hanley@kirkland.com

Payment of the $100.00 association dues for Mr. Hanley was submitted via CM/ECF on February 21, 2025.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: */s/ Earl E. DeBrine, Jr.*
  Earl E. DeBrine, Jr.
  Post Office Box 2168
  500 Fourth Street NW, Suite 1000
  Albuquerque, New Mexico  87103-2168
  Telephone: 505-848-1800
  earl.debrine@modrall.com

  Devora W. Allon
  *Admitted pro hac vice*
  KIRKLAND & ELLIS LLP
  601 Lexington Avenue
  New York, NY 10022
  Telephone: 212-446-5967
  devora.allon@kirkland.com

  Jeffrey J. Zeiger
  *Admitted pro hac vice*
  KIRKLAND & ELLIS LLP
  333 West Wolf Point Plaza
  Chicago, IL 60654
  Telephone: 312-862-3237
  jzeiger@kirkland.com

  Brandon Hanley (*pending pro hac vice)*
  KIRKLAND & ELLIS LLP
  601 Lexington Avenue
  New York, NY 10022
  Telephone: 212-341-7831
  brandon.hanley@kirkland.com

  Kevin Neylan (*pending pro hac vice*)
  KIRKLAND & ELLIS LLP
  601 Lexington Avenue
  New York, NY 10022
  Telephone: 212-390-4614
  kevin.neylan@kirkland.com

  *Attorneys for Defendant*
  *OCCIDENTAL PETROLEUM CORPORATION*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY on this 21st day of February, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: */s/ Earl E. DeBrine, Jr.*
  Earl E. DeBrine, Jr.


W5292002.DOCX