**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

_____

IN RE: SHALE OIL ANTITRUST LITIGATION          Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

### <u>ORDER REQUESTING ARGUMENT DIVISION SCHEDULE</u>

On Tuesday, May 20, 2025, I will hear argument on Defendants' motions to dismiss, Docs. 123-32. Argument will start promptly at 9:30 AM. We will take approximately an hour for lunch, and a few breaks will be given throughout the day. I am willing to stay late but recognize that counsel may need to catch a flight or have other obligations. So, for now, I expect we will need to wrap up argument sometime before 5:00 PM. Given these time constraints, I am interested in hearing from the Parties as to how they want to divvy up the available time for argument on each of the pending motions. To that end, I ask that you please file a notice no later than Monday, May 19, 2025, at 10:00 AM MDT, with a proposed schedule. If consensus cannot be reached, the Parties may submit competing proposals, and I will decide the matter. I am looking forward to seeing you all next week.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA